UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA A. EVANS,<br><br>                 Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND WELLS FARGO BANK, N.A.,<br><br>                 Defendants. | NO: 2:22-CV-0199-TOR<br><br>ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's and Defendant Experian Information Solutions, Inc.'s Stipulation to Dismiss with Prejudice. ECF No. 72. The parties agree that Plaintiff's claims against Defendant Experian Information Solutions, Inc. in the above-entitled action should be dismissed with prejudice and with each party to bear their own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by the opposing party.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Experian Information Solutions, Inc. is **DISMISSED** with prejudice from this action and each party to bear their own costs and attorneys' fees.

2. Experian Information Solutions, Inc. is terminated from this proceeding.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED November 2, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE ~ 2