UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA A. EVANS,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>                Defendant. | NO: 2:22-CV-0199-TOR<br><br>ORDER DISMISSING DEFENDANT TRANS UNION, LLC. WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's and Defendant Trans Union, LLC's Stipulation to Dismiss with Prejudice. ECF No. 76. The parties agree that Plaintiff's claims against Defendant Trans Union, LLC in the above-entitled action should be dismissed with prejudice and with each party to bear its own costs and attorneys' fees. This is the last Defendant in the case. The Court has reviewed the record and files herein and is fully informed.

ORDER DISMISSING DEFENDANT TRANS UNION, LLC. WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by the opposing party.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Trans Union, LLC is **DISMISSED** with prejudice from this action and each party to bear its own costs and attorneys' fees.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file

DATED November 6, 2023.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING DEFENDANT TRANS UNION, LLC. WITH PREJUDICE ~ 2