AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| REBECCA A. EVANS, *Plaintiff* v. TRANS UNION, LLC., *Defendant* | ) ) ) ) ) ) ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 06, 2023**

SEAN F. McAVOY, CLERK

Civil Action No.  2:22-CV-0199-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Trans Union, LLC is DISMISSED with prejudice from this action and each party to bear its own costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
on the parties' Stipulation to Dismiss with Prejudice.  ECF No. 76.

Date:  November 6, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry